OPINION — AG — THE AMERICAN LEGION, VETERANS OF FOREIGN WARS OF THE UNITED STATES AND DISABLE AMERICAN VETERANS ORGANIZATIONS ARE NOT REQUIRED BY THE " OKLAHOMA SOLICITATION OF CHARITABLE CONTRIBUTIONS ACT OF 1955 " TO REGISTER WITH THE SECRETARY OF STATE PRIOR TO CONDUCTING A FUND RAISING CAMPAIGN, IF THE PARTICULAR FUND RAISING CAMPAIGN IS MANAGED BY THEIR OWN MEMBERSHIP, AND NO PAID SOLICITORS ARE USED. CITE: 18 O.S.H. 551.1, 18 O.S.H. 551.4, 36 U.S.C.A. 41, 18 O.S.H. 551.16 (JAMES GARRETT)